■■■■■■■■■■

arrangement with the prosecution were not met.[1] In this regard, I note that most jurisdictions hold, as concerns analogues to Pennsylvania Rule of Evidence 410(a)(4), that the protection is subject to knowing, voluntary, and intelligent waivers. *See, e.g., State v. Williams,* 444 N.J.Super. 603, 135 A.3d 157, 163 (App. Div. 2016) (collecting cases); *accord Commonwealth v. Widmer,* 120 A.3d 1023, 1027–28 (Pa. Super. 2015).

■■■■■■■■■

154 A.3d 1270

**SALADWORKS, LLC and Wesco Insurance Company**

v.

**WORKERS' COMPENSATION APPEAL BOARD (GAUDIOSO and Uninsured Employers Guaranty Fund)**

**Appeal of: Uninsured Employers Guaranty Fund**

**No. 52 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: December 16, 2016

■■■■■■■■■■■■■

1. *See Commonwealth v. Burno,* No. 2003/3637, CP–39–CR–0003637–2003, *slip op.* at 7 (C.P. Lehigh Sep. 28, 2015) (explaining that it was undisputed that Appellant understood that his statements could be used against him if the terms of his agreement with the Commonwealth were not met); Majority Opinion at 278–79, 154 A.3d at 772–73 (highlighting that after the plea negotiations resumed, Appellant was reminded of previously agreed terms); *see also* N.T., June 2, 2004, at 137 (reflecting an acknowledgment by Appellant's then-counsel concerning his understanding of such terms).

## ORDER

PER CURIAM

The appeal is DISMISSED as having been improvidently granted.

154 A.3d 1270

IN RE: Petition of Gregory A. BELUSCHAK and at Least Five (5) Electors of the First Ward of the City of Clairton to Appoint Gregory A. Beluschak, a Registered Elector in and Resident of the First Ward of the City of Clairton, to Fill the Current Vacancy on Clairton City Council for the First Ward of the City of Clairton, Allegheny County, Pennsylvania

Re: Petition of Richard L. Lattanzi, Raymond A. Kurta and Five (5) Electors of the First Ward of the City of Clairton to Appoint Raymond A. ("Tony") Kurta to Fill the Vacancy on Clairton City Council Due to the Passing of Councilman John A. Lattanzi on October 24, 2016

Appeal of: Gregory A. Beluschak

No. 4 WAP 2017

Supreme Court of Pennsylvania.

March 20, 2017